UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:21-cv-22250-MGC

LISA HENSLEY,

    Plaintiff,

v.

NORWEGIAN CRUISE LINES

    Defendant.
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Jerry D. Hamilton, Esq., and Elisha Sullivan, Esq. and the law firm of HAMILTON, MILLER AND BIRTHISEL, LLP, hereby appear as counsel for the Defendant, NORWEGIAN CRUISE LINES, in the cause herein. The undersigned designates the below e-mail addresses for service and respectfully requests all pleadings, notices, letters, correspondence and documents in the above-caption cases be served on:

| | | |
|---|---|---|
| Primary: | Primary:<br>Secondary: | jhamilton@hamiltonmillerlaw.com<br>smarroquin@hamiltonmillerlaw.com |
| Secondary: | Primary:<br>Secondary: | esullivan@hamiltonmillerlaw.com<br>ccarrero@hamiltonmillerlaw.com<br>malvarez@hamiltonmillerlaw.com |

[SIGNATURE BLOCK ON THE FOLLOWING PAGE]

CASE NUMBER: 1:21-cv-22250-MGC

Dated: March 18, 2022         Respectfully submitted,

/s/ *Elisha Sullivan*
Jerry D. Hamilton
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Elisha Sullivan
Florida Bar No. 57559
esullivan@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone: 305-379-3686
Facsimile:  305-379-3690
*Counsel for Defendant*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 18, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ *Charlotte Zubizarreta*
Charlotte Zubizarreta

CASE NUMBER: 1:21-cv-22250-MGC

## SERVICE LIST

Nicholas I. Gerson, Esq.
Florida Bar No. 0020899
ngerson@gslawusa.com
Philip P. Gerson, Esq.
Florida Bar No. 127290
pgerson@gslawusa.com
Edward S. Schwartz, Esq.
Florida Bar No. 346721
eschwartz@gslawusa.com
David L. Markel, Esq.
Florida Bar No. 78306
dmarkel@gslawusa.com
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, FL 33145
Telephone:   305-371-6000
Facsimile:    305-371-5749
***Attorneys for Plaintiff***

Jerry D. Hamilton, Esq.
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Elisha Sullivan, Esq.
Florida Bar No. 57559
esullivan@hamiltonmillerlaw.com
ccarrero@hamiltonmillerlaw.com
malvarez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   305-379-3686
Facsimile:    305-379-3690
***Attorneys for Defendant***